FILED
CHARLOTTE, NC

FEB 21 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | DOCKET NO. 3:24-CR-32-FDW |
| v. | ) | |
| | ) | **FACTUAL BASIS** |
| AISHA KHAN | ) | |
| | ) | |

NOW COMES the United States of America, by and through Lawrence J. Cameron, Acting United States Attorney for the Western District of North Carolina, and hereby files this Factual Basis in support of the plea agreement filed simultaneously in this matter.

This Factual Basis is filed pursuant to Local Criminal Rule 11.2 and does not attempt to set forth all of the facts known to the United States at this time. By their signatures below, the parties expressly agree that there is a factual basis for the guilty plea(s) that the defendant will tender pursuant to the plea agreement, and that the facts set forth in this Factual Basis are sufficient to establish all of the elements of the crime(s). The parties agree not to object to or otherwise contradict the facts set forth in this Factual Basis.

Upon acceptance of the plea, the United States will submit to the Probation Office a "Statement of Relevant Conduct" pursuant to Local Criminal Rule 32.4. The defendant may submit (but is not required to submit) a response to the Government's "Statement of Relevant Conduct" within seven days of its submission. The parties understand and agree that this Factual Basis does not necessarily represent all conduct relevant to sentencing. The parties agree that they have the right to object to facts set forth in the presentence report that are not contained in this Factual Basis. Either party may present to the Court additional relevant facts that do not contradict facts set forth in this Factual Basis.

1.      In October 2021, the defendant, AISHA KHAN, began communicating with Stephen Lollis ("Lollis") on multiple messaging applications on her cellphone.

2.      In their communications, Lollis requested images depicting KHAN performing sexual acts on or having sexual contact with Minor Victim (MV1), who had not yet attained the age of 12.

3.      From in or about October 2021 through in or about December 2021, in Mecklenburg County, within the Western District of North Carolina and elsewhere, KHAN, did employ, use, persuade, induce, entice and coerce MV1 to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct.

4.      In order to produce the visual depictions, KHAN used her cellphone, which was manufactured in China, and therefore had been mailed, shipped, or transported in and affecting

interstate and foreign commerce by any means, including by computer, and the visual depiction was transported using any means and facility of interstate and foreign commerce.

5. After producing the images, KHAN distributed the images to Lollis.

LAWRENCE J. CAMERON
Acting United States Attorney

NICK J. MILLER, Assistant United States Attorney
SARA KINLAW, Assistant United States Attorney

### Defendant's Counsel's Signature and Acknowledgment

I have read this Factual Basis, the Bill of Indictment, and the plea agreement in this case, and have discussed them with the defendant. Based on those discussions, I am satisfied that the defendant understands the Factual Basis, the Bill of Indictment, and the plea agreement. I hereby certify that the defendant does not dispute this Factual Basis.

DATED: 02/21/25

W. ROB HEROY, Attorney for Defendant
MICHAEL JEFFREY GREENE, Attorney for Defendant

2